UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: STUYVESANT F. MORRIS, V          Case No. 13-10709
       GINGER A. MORRIS                  Chapter 13
                     Debtor(s).

## AMENDED   LOSS MITIGATION AFFIDAVIT OF DEBTOR(S) AND CERTIFICATE OF SERVICE

STATE OF    NEW YORK    ) ss.:
COUNTY OF    ALBANY      )

      I, _____ Wendy A. Reidy _____, being sworn, say: I am not a party to this action, am over 18 years of age, and reside in _____ Broadalbin _____, _____ New York _____.

Instructions:
     (1) Complete, as is appropriate, either Part A: Request for Documents/Information by Debtor(s) or Part B: Debtor(s)' Response to Request for Documents/Information.
     (2) Complete Part C: Loss Mitigation Contact Information, unless the information was provided in the Loss Mitigation Request by Debtor(s) and Certificate of Service.
     (3) Complete Part D: Certificate of Service.

**On behalf of Debtor(s):**

*Part A: Request for Documents/Information by Debtor(s)*

      On _____, 20____, I served a true and accurate copy of the Debtor(s)' Request for the following documents/information:

        ☐    A copy of Debtor(s)' payment history;

        ☐    Other (please specify): _____

_____

_____

_____.

1

LM:6(06/12/2013)

*Part B: Debtor(s)' Response to Request for Documents/Information*

On _____January 3_____, 20 14 , I served a true and accurate copy of the Debtor(s)' Response to Creditor's Request for documents/information, including the following:

- ☐ A copy of the Debtor(s)' two (2) most recent federal income tax returns;

- ☐ A copy of the Debtor(s)' last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor(s);

  Or, if the Debtor(s) is/are self-employed:

  A copy of the Debtor(s)' Profit and Loss Statements, setting forth a breakdown of the monthly income and expenses for the Debtor(s)' business (es), for the two (2) most recent months of _____ and _____;

- ☐ A completed copy of the Creditor's Financial Worksheet;

- ☐ Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs;

- ☒ Other (please specify): Pursuant to the email dated 12/12/2013: Business Bank 4640 July pages 6 and 7; Business Bank 4640 August pages 1 and 2; Mrs. Morri year to date October and November profit and loss signed and dated by Mrs. Morris; Mrs. Morris November and December business bank statement as she___.

*Part C: Loss Mitigation Contact Information*

The Loss Mitigation contact information for the Attorney for the Debtor(s) is as follows:

Name: Guy J. Criscione

Title: Attorney

Firm: Law Office of Guy J. Criscione

Address: 817 Madison Avenue

Address 2:

City: Albany          State: NY   Zip Code: 12208

Phone No.: 518-449-1681          Facsimile No.: 518-427-6720

Email Address: guy@guycriscione.com

*Part D: Certificate of Service*

On _____January 4_____, 20 14 , I served a true and accurate copy of the above Loss Mitigation Affidavit by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:
Andrea E. Celli; legal@ch13albany.com
US Trustee; USTP.Region02@usdoj.gov
Eric Sheidlower via Wendy Sinrilus; WSinrilus@rosicki.com

—by first class mail upon the following parties at the addresses listed below:

LM:6(06/12/2013)

3

—by certified mail upon the following parties at the addresses listed below:

Dated: _____January 6_____, 20_14_
         _____Albany_____, New York

_____
Name

Sworn to before me this

_6th_ day of _January_, 20_14_

_____
Notary Public, State of New York

GUY J. BRISCIONE
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY #4742677
COMMISSION EXPIRES MAY 31, 2015